PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Michael Kaighn                    Cr.: 03- 00633-001
                                                    PACTS #:

Name of Sentencing Judicial Officer: The Honorable Freda L. Wolfson, U.S. District Court Judge

Date of Original Sentence: December 15, 2003

Original Offense: Wire Fraud: 18 U.S.C. § 1343
                  Criminal Copyright Infringement; 17 U.S.C. § 506 (a)(2)

Original Sentence: Probation for 5 years with special conditions of home confinement, no access to any form of computer network, bulletin broad, Internet, or exchange format involving computers, financial disclosure, mental health aftercare and no new debt; restitution of $12,944.00 at no less than $150.

Type of Supervision: Probation                      Date Supervision Commenced: December 14, 2008

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the supervision condition which states, '**As a condition of supervision, the defendant shall make restitution in the amount of $12,944.00; it shall be paid in the following manner: Restitution is due immediately, and shall be paid in monthly installments of no less than $150, to commence 30 days after imposition of sentencing.**'  The offender has an outstanding remaining balance of $939.28. |

U.S. Probation Officer Action:

Based upon the offender's financial income, he has contributed to his restitution obligation to the best of his ability. Mr. Kaighn has complied with all other standard and special conditions of supervision as ordered by the Court.

Accordingly, we recommend to the Court that the offender's term of supervised release be permitted to expire on December 14, 2008. The remaining balance of the restitution shall be collected by the U.S. Attorney's Office Financial Litigation Unit.

PROB 12A - Page 2
Michael Kaighn

Respectfully submitted,

By: Valencia K. Sherrer
Senior U.S. Probation Officer
Date: November 24, 2008

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[✓] Other **(Supervision to terminate as scheduled on December 14, 2008. The remaining restitution balance shall be collected by the U.S. Attorney's Office Financial Litigation Unit (Newark).**

_____
Signature of Judicial Officer

11/25/08
Date